Kane Moon (SBN 249834)
E-mail: kmoon@moonlawgroup.com
Allen Feghali (SBN 301080)
E-mail: afeghali@moonlawgroup.com
Enzo Nabiev (SBN 332118)
E-mail: enabiev@moonlawgroup.com
Jason Kwak (SBN 360940)
E-mail: jkwak@moonlawgroup.com
**MOON LAW GROUP, PC**
725 S. Figueroa Street, 31st Floor
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125

Attorneys for Defendant HARTFORD FIRE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

CRYSTAL HAWKINS,

Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

Defendant.

Case No.: 2:25-cv-01912-DJC-JDP

**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT**

Action Filed: May 22, 2025 (state)
Action Removed: June 14, 2025

**ORDER**

Having considered the Joint Stipulation to Remand Case to State Court ("Stipulation") between Plaintiff Crystal Hawkins ("Plaintiff") and Defendant Hartford Fire Insurance Company ("Defendant") (collectively, the "Parties"), and good cause appearing therefor, this Court hereby GRANTS the Parties' Stipulation in its entirety and ORDERS as follows:

1. This action shall be remanded to Sacramento County Superior Court; and
2. Each Party to bear its own attorneys' fees and costs with respect to the removal and subsequent remand of Plaintiff's Class Action pursuant to this stipulation and order.

**IT IS SO ORDERED.**

Dated: November 10, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE